1
2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  WILLIAM R. KIRKLAND, | No.  2:13-cv-1634 AC P |
| 12              Petitioner, | |
| 13       v. | ORDER |
| 14  UNITED STATES DISTRICT COURT, | |
| 15              Respondent. | |

16

17      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18 corpus pursuant to 28 U.S.C. § 2254.  The application attacks a conviction issued by the San

19 Bernardino County Superior Court.  While both this court and the United States District Court in

20 the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit

21 Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of

22 petitioner's application are more readily available in San Bernardino County.  Id. at 499 n.15; 28

23 U.S.C. § 2241(d).

24      Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this matter is

25 ////

26 ////

27 ////

28 ////

1

transferred to the United States District Court for the Central District of California.

DATED: August 19, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:ls//kirk1634.108